IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CONTINENTAL WESTERN INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | 4:08CV3195 |
| V. | ) ) ) | |
| DWAYNE R. ORTH, ORTH WATER SOLUTIONS, Inc., IAN C. ARAGON, and TREVA J. ARAGON, | ) ) ) ) | ORDER |
| Defendants. | ) ) | |

    Upon the joint agreement of the parties, the deadline for filing the Rule 26 Report of Parties' Planning Conference is continued to November 26, 2008.

    DATED this 18th day of November, 2008.

BY THE COURT:

S/ *David L. Piester*
David L. Piester
United States Magistrate Judge