IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CONTINENTAL WESTERN INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | 4:08CV3195 |
| v. | ) ) | |
| DWAYNE R. ORTH, ORTH WATER SOLUTIONS, INC., IAN C. ARAGON and TREVA J. ARAGON, | ) ) ) ) ) | ORDER |
| Defendants. | ) | |

IT IS ORDERED:

Those portions of the defendants' answers which request trial in North Platte, filings 21 and 23, are stricken for failure to comply with NELR 40.1(b).

DATED this 18th day of November, 2008.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge