```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| CONTINENTAL WESTERN INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | 4:08CV3195 |
| v. | ) ) ) | |
| DWAYNE R. ORTH; ORTH WATER SOLUTIONS, INC., d/b/a CULLIGAN WATER CONDITIONING and CULLIGAN WATER CONDITIONING COLORADO; IAN C. ARAGON; and TREVA J. ARAGON, | ) ) ) ) ) ) ) | ORDER |
| Defendants. | | |

The records of the court show that on November 14, 2008 (filing 22) a text notice was electronically mailed to all counsel of record by the Office of the Clerk as follows:

> TEXT NOTICE REGARDING CORPORATE DISCLOSURE STATEMENT by Deputy Clerk as to Defendant Orth Water Solutions, Inc. Pursuant to Fed. R. Civ. P. 7.1, non-governmental corporate parties are required to file Corporate Disclosure Statements (Statements). The parties shall use the form Corporate Disclosure Statement, available on the Web site of the court at http://www.ned.uscourts.gov/forms/. If you have not filed your Statement, you must do so within 15 days of the date of this notice. If you have already filed your Statement in this case, you are reminded to file a Supplemental Statement within a reasonable time of any change in the information that the statement requires.

As of this date, no Statement has been filed.

IT THEREFORE HEREBY IS ORDERED,

Counsel for Orth Water Solutions, Inc. shall file the Corporate Disclosure Statement on or before January 13, 2009 or

show cause by written affidavit why they cannot comply with the rules of the court.

DATED this 23rd day of December, 2008.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge

2