IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CONTINENTAL WESTERN INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | 4:08CV3195 |
| v. | ) ) | |
| DWAYNE R. ORTH; ORTH WATER SOLUTIONS, INC., d/b/a CULLIGAN WATER CONDITIONING and CULLIGAN WATER CONDITIONING COLORADO; IAN C. ARAGON; and TREVA J. ARAGON, | ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) | |

IT IS ORDERED:

Plaintiff's unopposed motion, filing no. 36, to file amended complaint is granted. The amended complaint for declaratory judgment shall be filed forthwith.

DATED this 14th day of January, 2009.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge