IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

```
CONTINENTAL WESTERN INSURANCE  )
COMPANY,                       )
                               )
          Plaintiff,           )     4:08CV3195
                               )
     v.                        )
                               )
DWAYNE R. ORTH, et al.,        )     ORDER
                               )
          Defendants.          )
                               )
```

The court has received a letter from plaintiff's counsel stating that the parties request an extension of the deadline for advising the court of their mediation plans.

IT IS ORDERED that the request is granted and the deadline for the parties' report on mediation is extended to May 6, 2009.

DATED this 30th day of April, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge