IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CONTINENTAL WESTERN INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | 4:08CV3195 |
| v. | ) ) | |
| DWAYNE R. ORTH, ORTH WATER SOLUTIONS, Inc., IAN C. ARAGON, TREVA J. ARAGON, and ORTH QUALITY WATER, Inc., | ) ) ) ) ) | MEMORANDUM AND ORDER |
| Defendants. | ) | |

The parties have jointly advised the court that in light of the 60-day stay entered pending mediation, this case is not ready to be tried in North Platte on September 14, 2009. The parties request an amended case progression schedule and continuance of the trial date. The parties' request should be granted. Accordingly,

IT IS ORDERED:

1) On or before July 21, 2009, the parties shall jointly file a motion setting forth their proposed deadlines for continued progression of this case to trial.

2) The trial of this case, currently scheduled for September 14, 2009 in North Platte, Nebraska, is continued until further order of the court.

DATED this 30th day of June, 2009.

BY THE COURT:

*s/Richard G. Kopf*
United States District Judge