IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CONTINENTAL WESTERN INSURANCE COMPANY, | ) ) ) | Case No.: 4:08cv3195 |
| Plaintiff, | ) ) ) | ORDER ON MOTION TO WITHDRAW |
| DWAYNE R. ORTH; ORTH WATER SOLUTIONS, INC.; ORTH QUALITY WATER, INC.; IAN C. ARAGON; and TREVA J. ARAGON, | ) ) ) ) ) | |
| Defendants. | ) ) | |

THIS MATTER came for consideration on the Motion to Withdraw filed by Robert A. Chaney and Jeffrey A. Goldwater requesting the Court to authorize their withdrawal of representation of Plaintiff Continental Western Insurance Company. (Filing No. 58). Based on the Motion and counsels' assertion stated therein, the Court, for good cause shown, finds that the Motion should be and is hereby granted.

IT IS THEREFORE ORDERED that the Motion to Withdraw filed by Robert A. Chaney and Jeffrey A. Goldwater requesting the Court to authorize their withdrawal of representation of Plaintiff Continental Western Insurance Company, (filing no. 58), is granted.

DATED this 7th day of August, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge