IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CONTINENTAL WESTERN INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | 4:08CV3195 |
| V. | ) ) ) | |
| DWAYNE R. ORTH, ORTH WATER SOLUTIONS, Inc., IAN C. ARAGON, TREVA J. ARAGON, and ORTH QUALITY WATER, Inc., | ) ) ) ) ) ) | **ORDER** |
| Defendants. | ) ) | |

This matter is before the court on Plaintiff's motion to extend deadline to file a joint stipulation for dismissal (filing 63). The motion shall be granted.

IT IS ORDERED that the parties shall file a joint stipulation for dismissal or other dispositive stipulation on or before February 10, 2010. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

January 12, 2010.

> BY THE COURT:
> *Richard G. Kopf*
> United States District Judge