IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CONTINENTAL WESTERN INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | 4:08CV3195 |
| V. | ) ) | |
| DWAYNE R. ORTH, ORTH WATER SOLUTIONS, Inc., IAN C. ARAGON, TREVA J. ARAGON, and ORTH QUALITY WATER, Inc., | ) ) ) ) ) ) | **JUDGMENT** |
| Defendants. | ) ) | |

    This matter is before the court on the joint stipulation for dismissal (filing 66) filed by the parties, providing for the dismissal with prejudice of Plaintiff's causes of action contained in the amended complaint and Defendants/Counter-Plaintiffs Dwayne R. Orth, Orth Water Solutions, Inc. and Orth Quality Water, Inc.'s counterclaim against Plaintiff Continental Western Insurance Company. The court, having considered the filing, and being duly advised, finds that said stipulation should be approved.

    IT IS ORDERED that all causes of action contained in the amended complaint and counterclaim are dismissed with prejudice, with each party to pay its own court costs.

February 11, 2010

BY THE COURT:
*Richard G. Kopf*
United States District Judge